UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME McCOY, | No. 2:14-cv-1140 DAD P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES et al., | |
| Defendants. | |

By order filed July 21, 2014, plaintiff's complaint was dismissed and he was granted leave to file an amended complaint within thirty days. Thirty days from that date have now passed since that order was issued, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Although it appears from the court's file that plaintiff's copy of the court's order was returned as undeliverable, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).[1]

Dated: September 3, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mcco1140.fta

---

[1] Plaintiff has consented to Magistrate Judge jurisdiction over this action pursuant to 28 U.S.C. § 636. (Doc. No. 4)